UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **HELENA CHEMICAL COMPANY** | **CIVIL ACTION NO. 14-2441** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **KT FARMS PARTNERSHIP, KYLE AYMOND, THAD HERRON, AND KT-ONE FARMS, LLC** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

Considering the Motion of Helena Chemical Company for a default judgment [Doc. No. 11] against Defendants KT Farms Partnership, Kyle Aymond, Thad Herron, and KT-One Farms, LLC, the affidavits filed with the Motion, the record of this proceeding showing service on the defendants and no response or appearance by Defendants, and the Clerk's Entry of Default against Defendants [Doc. No. 10],

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Helena Chemical Company against Defendants KT Farm Partnership, Thad Herron, and Kyle Aymond, as guarantors, for the sum of $302,897.98, together with 1.5 percent monthly finance charges of $3,392.74 per month from April 25, 2014, until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment against Thad Herron, Kyle Aymond and KT-One Farms, LLC each for their virile share of the above debts and charges of KT Farms Partnership due to Helena Chemical Company.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Helena Chemical Company against Defendants for the sum of $743.60 for service of the

Complaint upon Defendants.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that reasonable attorney's fees are awarded to Helena Chemical Company for the sum of $3,256.50 to be paid by Defendants, along with all costs of these proceedings.

MONROE, LOUISIANA, this 30th day of December, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE